Zi C. Lin, SBN 236989
zlin@garrett-tully.com
Adjoa M. Anim-Appiah, SBN 301918
aanim-appiah@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, California 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813

Attorneys for Chapter 7 Trustee, Wesley H. Avery



**FILED & ENTERED**

**DEC 14 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** egarcia    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NATHANIEL T. ILANO, an individual,<br>Debtor.<br><br>TAX ID # XXX-XX-0234.<br><br>―――――――――――――――――<br><br>WESLEY H. AVERY, Chapter 7 Trustee of the Bankruptcy Estate of NATHANIEL T. ILANO a.k.a. NATHANIEL TEODORO ILANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATHANIEL T. ILANO a.k.a NATHANIEL TEODORO ILANO, an individual, and CLAUDETTE D. ILANO, an individual, and DOES 1-20.<br><br>Defendants. | Case No. 2:18-bk-13959-WB<br><br>(Honorable Julia W. Brand)<br><br>Adv. Case No. 2:18-ap-01153-WB<br><br>Chapter 7<br><br>**JUDGMENT (1) HOLDING THAT 9637 HOBACK STREET, BELLFLOWER, CALIFORNIA 90706, APN 6282-006-042 IS PROPERTY OF THE BANKRUPTCY ESTATE; AND (2) DENYING DEBTOR'S DISCHARGE**<br><br>Date:    December 4, 2018<br>Time:   2:00 p.m.<br>Place:   U.S. Bankruptcy Court<br>             Courtroom 1375<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

# JUDGMENT

**IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE ASCRIBED BELOW:**

The Chapter 7 Trustee's motion for default judgment filed on October 25, 2018 (Adv. Doc. # 15) having been granted, and with good cause appearing, it is hereby

ORDERED, ADJUDGED AND DECREE that:

(1.) The single family residence located at 9637 Hoback Street, Bellflower, California 90706, APN 6282-006-042 (the "SFR"), legally described as follows:

> LOT 28 OF TRACT 19596 AS PER MAP RECORDED IN BOOK 512 PAGES 31 AND 32 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

is the community property of debtor/defendant Nathaniel Teodoro ILano and defendant Claudette ILano, and is property of the Bankruptcy Estate under 11 U.S.C. § 541(a)(1) & (2); and

(2) The discharge of Chapter 7 debtor Nathaniel Teodoro ILano ("Debtor"), is hereby denied for concealment of the SFR and for the making of a false oath under 11 U.S.C. section 727(a)(2)(A) and 11 U.S.C. section 727 (a)(4)(A).

####

Date: December 14, 2018

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge